1  THEODORE E. BACON (CA Bar No. 115395)
   tbacon@adorno.com
2  PATRICK A. CATHCART (CA Bar No. 65413)
   pcathcart@adorno.com
3  AMY L. MORSE (CA Bar No. 92135)
   amorse@adorno.com
4  IMANI GANDY (CA Bar No. 223084)
   igandy@adorno.com
5  ADORNO YOSS ALVARADO & SMITH
   A Professional Corporation
6  633 W. Fifth Street, Suite 1100
   Los Angeles, CA 90071
7  Tel:  (213) 229-2400
   Fax:  (213) 229-2499
8
   Attorneys for Defendants
9  JPMORGAN CHASE BANK, N.A. AN ACQUIRER OF
   CERTAIN ASSETS AND LIABILITIES OF
10 WASHINGTON MUTUAL BANK FROM THE
   FEDERAL DEPOSIT INSURANCE CORPORATION
11 ACTING AS RECEIVER, erroneously sued as
   JPMorgan Chase, and CALIFORNIA
12 RECONVEYANCE COMPANY

13                   **UNITED STATES DISTRICT COURT**

14                  **NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 15 JEFF GRAHAM and KIMBERLIE GRAHAM, individuals, | **CASE NO.: 3:09-cv-3959-SC** |
| 16 | |
|       Plaintiff | **STIPULATION TO WITHDRAW** |
| 17 | **MOTION TO REMAND AND TO** |
| v. | **FILE FIRST AMENDED** |
| 18 | **COMPLAINT** |
| 19 JPMORGAN CHASE, CALIFORNIA RECONVEYANCE COMPANY, | |
| LAURA RYAN, and DOES 1 through | |
| 20 200, inclusive, | |
| 21       Defendants. | |

22

23      Defendants JPMorgan Chase Bank, N.A., an acquirer of certain assets and

24  liabilities of Washington Mutual Bank from the Federal Deposit Insurance

25  Corporation acting as Receiver ("JPMorgan"), erroneously sued as JPMorgan Chase

26  and California Reconveyance Company ("CRC"), and plaintiffs Jeff Graham and

27  Kimberlie Graham ("Plaintiffs"), by and through their respective counsel, agree and

28  stipulate as follows:

                                        1

ADORNO YOSS ALVARADO & SMITH
ATTORNEYS AT LAW
LOS ANGELES

2031832.1

1   Plaintiffs Jeff Graham and Kimberlie Graham, and Defendants JPMorgan

2   Chase Bank N.A. an acquirer of certain assets and liabilities of Washington Mutual

3   Bank from the FDIC acting as Receiver ("JPMorgan") and California Reconveyance

4   Company ("CRC") (collectively "Defendants") respectfully submit the following

5   stipulation:

6   WHEREAS, Plaintiffs filed a Motion for Remand on September 25, 2009

7   which is presently calendared for hearing December 4, 2009;

8   WHEREAS, Plaintiffs' Complaint states four causes of action that arise under

9   federal law:

10   (1)   fifth cause of action for "Tortious Violation of Statute Against All

11   Defendants: Real Estate Settlement Procedures Act ("RESPA") 12 U.S.C. §2607(b)";

12   (2)   ninth cause of action for "Violation of the Truth in Lending Act" (15

13   U.S.C. § 1638; 12 CFR § 226.18) and seeks statutory damages in the sum of $440,897

14   pursuant to 15 U.S.C. § 1640(A)(2)(a), and actual damages in excess of $284,800

15   based on the violations of 15 U.S.C. § 1638 and 12 CFR § 226.18; and

16   (3)   twelfth cause of action for Unfair Debt Collection Practices, including

17   violation of the Federal Fair Debt Collections Act, 15 U.S.C. section 1692, *et seq.*;

18   (Violation of the Truth in Lending Act);

19   WHEREAS, Plaintiffs prefer to litigate this action in Contra Costa Superior

20   Court for the State of California;

21   WHEREAS, Defendants JPMorgan and California Reconveyance Company are

22   amenable to litigating in Contra Costa Superior Court for the State of California those

23   claims which arise under state law, or federal claims that are solely ancillary to claims

24   arising under state law;

25   WHEREAS the parties have met and conferred regarding these issues and in the

26   interest of judicial economy,

27   ///

28   ///

2

NOW, THEREFORE, for good cause Plaintiffs and Defendants JPMorgan and CRC stipulate and agree, through their attorneys, to the following:

1.     Plaintiffs have until December 4, 2009 to file and serve a First Amended Complaint with the Contra Costa Superior Court;

2.     The First Amended Complaint will exclude express causes of action for violations of TILA, RESPA, and the FDCPA;

3.     Defendants will not remove the First Amended Complaint to federal court provided that the First Amended Complaint excludes the above-stated causes of action which arise under federal law;

4.     Defendants will not oppose Plaintiffs' Motion to Remand currently set for December 4, 2009;

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

3

2031832.1

1    5.    Plaintiffs will withdraw their Motion for Remand currently set for

2  hearing on December 4, 2009.

3

4    **IT IS SO STIPULATED.**

5

6  DATED: November 13, 2009          THE LAW OFFICES OF MICHAEL
                                     ROONEY

7

8                                    By:  /s/ Michael Rooney

9                                        MICHAEL ROONEY
                                         Attorneys for Plaintiffs

10                                        Jeff and Kimberlie Graham

11

12

13  DATED: November 13, 2009          ADORNO YOSS ALVARADO & SMITH
                                     A Professional Corporation

14

15                                    By:   /S/ Amy L. Morse

16                                        THEODORE E. BACON
                                         PATRICK A. CATHCART

17                                        AMY L. MORSE
                                         IMANI GANDY

18                                        Attorneys for Defendants
                                         JPMorgan Chase Bank, N.A., an

19                                        acquirer of certain assets and liabilities
                                         of Washington Mutual Bank from the

20                                        FDIC acting as receiver and California
                                         Reconveyance Company

21  IT IS SO ORDERED.

22

23  DATED:  November 17, 2009          By:

24                                        HON. SAMUEL CONTI

25  IT IS FURTHER ORDERED that if this case is not remanded to State Court prior to

26  December 4, 2009, the parties are to appear at the scheduled Case Management
    Conference on December 4, 2009 at 10:00 a.m.

27

28  DATED:_ November 17, 2009          By:
                                        HON. SAMUEL CONTI

4

ADORNO YOSS ALVARADO & SMITH
ATTORNEYS AT LAW
LOS ANGELES