1    THEODORE E. BACON (CA Bar No. 115395)
     tbacon@adorno.com
2    PATRICK A. CATHCART (CA Bar No. 65413)
     pcathcart@adorno.com
3    AMY L. MORSE (CA Bar No. 92135)
     amorse@adorno.com
4    IMANI GANDY (CA Bar No. 223084)
     igandy@adorno.com
5    ADORNO YOSS ALVARADO & SMITH
     A Professional Corporation
6    633 W. Fifth Street, Suite 1100
     Los Angeles, CA 90071
7    Tel:  (213) 229-2400
     Fax:  (213) 229-2499
8
     Attorneys for Defendants
9    JPMORGAN CHASE BANK, N.A. AN ACQUIRER OF
     CERTAIN ASSETS AND LIABILITIES OF
10    WASHINGTON MUTUAL BANK FROM THE
     FEDERAL DEPOSIT INSURANCE CORPORATION
11    ACTING AS RECEIVER, erroneously sued as
     JPMorgan Chase, and CALIFORNIA
12    RECONVEYANCE COMPANY

13    **UNITED STATES DISTRICT COURT**

14    **NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 15   JEFF GRAHAM and KIMBERLIE GRAHAM, individuals, | **CASE NO.: 3:09-cv-3959-SC** |
| 16 | |
| 17          Plaintiff | **JOINT STIPULATION TO REMAND ACTION TO CONTRA COSTA COUNTY SUPERIOR COURT** |
| 18   v. | |
| 19   JPMORGAN CHASE, CALIFORNIA RECONVEYANCE COMPANY, LAURA RYAN, and DOES 1 through 200, inclusive, | |
| 20 | |
| 21          Defendants. | |

22

23        Defendants JPMorgan Chase Bank, N.A., an acquirer of certain assets and

24   liabilities of Washington Mutual Bank from the Federal Deposit Insurance

25   Corporation acting as Receiver ("JPMorgan"), erroneously sued as JPMorgan Chase

26   and California Reconveyance Company ("CRC"), and plaintiffs Jeff Graham and

27   Kimberlie Graham ("Plaintiffs"), by and through their respective counsel, agree and

28   stipulate as follows:

ADORNO YOSS ALVARADO & SMITH
ATTORNEYS AT LAW
LOS ANGELES

Plaintiffs Jeff Graham and Kimberlie Graham, and Defendants JPMorgan Chase Bank N.A. an acquirer of certain assets and liabilities of Washington Mutual Bank from the FDIC acting as Receiver ("JPMorgan") and California Reconveyance Company ("CRC") (collectively "Defendants") respectfully submit the following stipulation:

WHEREAS, Plaintiffs filed a Motion for Remand on September 25, 2009 which is presently calendared for hearing December 4, 2009;

WHEREAS, Plaintiffs prefer to litigate this action in Contra Costa County Superior Court for the State of California;

WHEREAS, Defendants JPMorgan and California Reconveyance Company are amenable to litigating in Contra Costa County Superior Court for the State of California those claims which arise under state law, or federal claims that are solely ancillary to claims arising under state law;

WHEREAS the parties have met and conferred regarding these issues and in the interest of judicial economy,

///
///
///
///
///
///
///
///
///
///
///
///
///

2

NOW, THEREFORE, for good cause Plaintiffs and Defendants JPMorgan and CRC stipulate and agree, and respectfully request through their attorneys, the following:

1.     That this court remand the action to Contra Costa County Superior Court.

**IT IS SO STIPULATED.**

DATED: December 1, 2009            THE LAW OFFICES OF MICHAEL ROONEY


By:  /s/ Michael Rooney
     MICHAEL ROONEY
     Attorneys for Plaintiffs
     Jeff and Kimberlie Graham


DATED: December 1, 2009            ADORNO YOSS ALVARADO & SMITH
                                   A Professional Corporation


By:   /S/ Amy L. Morse
      THEODORE E. BACON
      PATRICK A. CATHCART
      AMY L. MORSE
      IMANI GANDY
      Attorneys for Defendants
      JPMorgan Chase Bank, N.A., an
      acquirer of certain assets and liabilities
      of Washington Mutual Bank from the
      FDIC acting as receiver and California
      Reconveyance Company

IT IS SO ORDERED.


DATED: ___12/3/09___            By:_____



HON. SAMUEL CONTI

3